**Antrell Jermaine FORDHAM, a/k/a Antrell Fordham, a/k/a Antrell J. Fordham, Plaintiff–Appellant,**

v.

**Dr. MOORE; Mrs. L. Mauney; Mrs. E. Holcomb, individual and official capacities, Defendants–Appellees.**

No. 13–6172.

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2013.

Decided: April 30, 2013.

Antrell Jermaine Fordham, Appellant Pro Se. Shelton Webber Haile, Richardson, Plowden & Robinson, PA, Columbia, South Carolina, for Appellees.

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antrell Jermaine Fordham appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Fordham v. Moore,* No. 2:12–cv–00974–MGL, 2013 WL 314476 (D.S.C. Jan. 28, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*